Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH HAMBERGER, Claimant, Respondent, v. WOLFE-SMITH COMPANY and Another, Appellants.— Motion

---

* Rules of Civil Practice, rule 234.— [REP.

denied, with ten dollars costs to State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.